adjustment" under § 6230 as the term "computational adjustment" is defined in § 6231(a)(6)?

b) If the IRS were required to issue a deficiency notice, does § 6213 require that a refund be made to the taxpayers for amounts not collected "by levy or through a proceeding in court"?

c) Are taxpayers entitled to a refund under any other section of the Internal Revenue Code? For example, what effect, if any, does an assessment without notice under § 6213 have on stopping the running of the statute of limitations?

d) Does the harmless error statute, 28 U.S.C. § 2111, apply to the government's failure to issue a deficiency notice under I.R.C. § 6213? If so, should it apply to the taxpayers in this case?

(7) This court consolidates case nos. 2009–5008 and 2009–5009.

(8) This appeal will be heard en banc on the basis of the originally filed briefs and additional briefing ordered herein. The court will determine whether oral argument is appropriate after reviewing the briefs. An original and thirty copies of all originally-filed briefs shall be filed within 20 days from the date of filing of this order. An original and thirty copies of new en banc briefs shall be filed, and two copies of each en banc brief shall be served on opposing counsel. Plaintiff–Appellant, Lyman F. Bush (individually and as personal representative of the Estate of Beverly J. Bush) and Plaintiff–Appellant, Tommy J. Shelton shall file a consolidated en banc brief. Plaintiffs–Appellants' en banc brief is due 45 days from the date of this order. Defendant–Appellee's en banc response brief is due within 40 days of service of Plaintiffs–Appellants' new en banc brief, and Plaintiffs–Appellants' consolidated reply brief is due within 15 days of service of Defendant–Appellee's response brief. Briefs shall adhere to the type-volume limitations set forth in Federal Rule of Appellate Procedure 32 and Federal Circuit Rule 32.

(9) Briefs of amici curiae will be entertained, and any such amicus briefs may be filed without leave of court or the parties' consent but otherwise must comply with Federal Rule of Appellate Procedure 29 and Federal Circuit Rule 29.

(10) If needed, oral argument will be held at a time and date to be announced later.

HONEYWELL INTERNATIONAL INC., and Honeywell Intellectual Properties Inc., Plaintiff–Appellants,

v.

NOKIA CORPORATION, Nokia Inc., Fujitsu Limited, Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., All Around Co. Ltd., Boe–Hydis Technology Co. Ltd., Picvue Electronics Limited, Curitel Communications, Inc., Koninklijk Philips Electronics N.V., High Tech Computer Corporation, Wistron Corporation, Matsushita Electrical Industrial Co., Matsushita Electronical Corporation of America, Seiko Epson Corporation, Argus (also known as Hartford Computer Group.), Toshiba America, Inc., and Toshiba Corporation, Defendants,

and

**Fujifilm Corporation and Fujifilm U.S.A., Defendants–Appellees,**

and

**Samsung SDI America Inc. and Samsung SDI Co. Ltd., Defendants–Appellees.**

No. 2010–1121.

United States Court of Appeals, Federal Circuit.

Nov. 1, 2010.

Rehearing Denied Dec. 16, 2010.

Martin R. Lueck, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, MN, argued for plaintiffs-appellants. With him on the brief were Matthew L. Woods and Stacie E. Oberts.

Lawrence Rosenthal, Stroock & Stroock & Lavan LLP, of New York, NY, argued for defendants-appellees Fujifilm Corporation, et al. With him on the brief were Ian G. Dibernardo, Angie M. Hankins, and Matthew W. Siegal.

Stephen S. Korniczky, Sheppard, Mullin, Richter & Hampton LLP, of San Diego, CA, argued for defendants-appellees Samsung SDI America Inc., et al.

Before NEWMAN, LINN, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**Kyle MORRIS, Sharing World Entertainment, LLC, and Readspeak, Inc., Plaintiffs–Appellants,**

v.

**Don MOODY, Gary Friedman, Ira Sockowitz, The Learning Box, LLC, John Lee, Jacqueline Moody, Ready to Learn Partnership, LLC, Word World, LLC, Peter Schneider, Window to the World Communications, Inc., The Public Broadcasting System, Inc., Noah Shube, and Law Offices of Friedman & Shube, Defendants–Appellees,**

and

**John Does 1–10, ABC Corporation, and XYZ Corporation, Defendants.**

Nos. 2010–1329, 2010–1363.

United States Court of Appeals, Federal Circuit.

Nov. 1, 2010.

